IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHAMED A. EL-TABECH, | ) | 4:04CV3231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| HAROLD W. CLARKE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 94, the withdrawal of the appearance by Defendants' attorney Kimberley Taylor-Riley, #20495 is approved and the entry of appearance by David M. Handley, #22418, on behalf of defendants is recognized and approved.

Dated this 28th day of February 2006.

BY THE COURT:

S/F.A. Gossett
United States Magistrate Judge