IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHAMED A. EL-TABECH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3231 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HAROLD W. CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 112, the defendants' Motion for Enlargement of Time to File Amended Answer. The motion is denied, as this case has been on file for two years, and the Amended Complaint does not differ significantly from the initial complaint. The defendants shall file their Amended Answer within the time allowed by the Federal Rules.

SO ORDERED.

DATED this 13th day of June, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge