IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHAMED A. EL-TABECH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3231 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| HAROLD W. CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

I note that filing no. 103, the plaintiff's Motion for Protective Order and Return of Privileged Materials, is still pending, according to the court's records.  However, in filing no. 111, I directed the parties' attorneys to find some realistic and reasonable solution to the problem of identifying the plaintiff's attorney-client privileged material for whatever level of protection such material is to be afforded in future searches of the plaintiff's cell. Accordingly, I assume that the matter has been resolved.  Filing no. 103 is denied as moot.

SO ORDERED.

DATED this 29th day of November, 2006.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge