IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH, ) | |
| ) | Case No.: 4:04CV3231 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HAROLD W. CLARKE, ET AL. ) | |
| ) | |
| Defendants. ) | |

This matter came before this Court on the Parties' Joint Motion to Extend Dates in Order Setting Schedule for Progression of Case (Filing # 137). This Court being fully advised on the premises, finds that this Motion be granted.

IT IS HEREBY ORDERED that the Parties comply with the following scheduling dates:

1. All fact depositions shall be completed by March 16, 2007.  All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date.  Plaintiff agrees to depose Defendants Clarke and Kenney telephonically. Defendants agree that Plaintiff may depose all Defendants.

2. All Parties will identify experts with the full reports required by Fed. R. Civ. P. 26(a)(2) on or before March 23, 2007.

3. The Parties shall file all motions for summary judgment or partial summary judgment on or before March 30, 2007.

4. The Parties are granted leave to file successive motions for summary judgment or partial summary judgment as individual dispositive issues become ready for resolution.

5. The Final Pretrial Conference is set for Thursday, May 3, 2007 at 10:00 a.m., in

chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

6. A Non-Jury trial is set to commence at 8:30 a.m. on Monday, May 21, 2007, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon, Chief Judge.

Dated this 29th day of December, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge