# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED EL-TABECH, )<br>)<br>Plaintiff, )<br>) | 4:04CV3231 |
| vs. )<br>) | ORDER |
| HAROLD W. CLARKE, et al., )<br>)<br>Defendants. ) | |

This case is before the court on its own motion concerning the final pretrial conference set for May 3, 2007.

**IT IS ORDERED:**

1. The final pretrial conference is rescheduled to **Wednesday, May 2, 2007 at 10:00 A.M.**, in the chambers of the undersigned magistrate judge, Suite 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The conference will be conducted by Magistrate Judge David L. Piester.

Dated this 13th day of April 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge