IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH, ) | |
| ) | Case No.: 4:04CV3231 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HAROLD W. CLARKE, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

This matter came before this Court on the Plaintiff's Motion to Withdraw Appearance of Justin Firestone (Filing #161). The plaintiff continues to be represented by other counsel. This Court being fully advised on the premises, finds that this Motion be granted.

**IT IS HEREBY ORDERED,** that the appearance of Justin Firestone is withdrawn as counsel for the Plaintiff. The court will cease further electronic notices to Mr. Firestone in this matter.

Dated this 24th day of April, 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge