IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH, ) | |
| ) | Case No.: 4:04CV3231 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| HAROLD W. CLARKE, ET AL. ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court on Plaintiff's Application for Writ of Habeas Corpus Ad Testificandum (Filing #166). This Court, being fully advised in the premises, finds that this application should be granted.

IT IS HEREBY ORDERED as follows:

(1) Defendants, or anyone in their control in the Nebraska Department of Correctional Services shall transport, or arrange for the transportation of, Plaintiff Mohamed A. El-Tabech to the Roman L. Hruska Federal Courthouse, Courtroom 3, on May 21, 2007 at 8:30 a.m., and each day thereafter as long as trial proceeds;

(2) All costs of such transport shall be borne by Defendants.

Dated this 11th day of May, 2007.

BY THE COURT
s/ *David L. Piester*
David L. Piester
United States Magistrate Judge