IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHAMED A. EL-TABECH, | ) | |
| | ) | Case No.: 4:04CV3231 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| HAROLD W. CLARKE, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on the Parties' Joint Stipulation to Extend Date for Filing Motion for Costs and Attorney's Fees (Filing #181). This Court, being fully advised in the premises, finds that this application should be granted.

IT IS HEREBY ORDERED as follows:

(1) Negotiations between the Parties to determine the kosher dietary option(s) that will be instituted by Nebraska Department of Correctional Services shall conclude within 60 days of the entry of judgment. The Parties will report the result of these negotiations to the Court on or before September 14, 2007.

(2) The Plaintiff shall submit an application for attorney fees and costs, as prevailing party pursuant to 42 U.S.C. § 1988, within 14 days of the conclusion of negotiations, or by September 28, 2007, whichever date is earlier.

Dated this 23rd day of July, 2007.

BY THE COURT:

/s/ F. Bataillon
_____
Hon. Joseph F. Bataillon
District Court Judge