IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH,           ) | |
| ) | Case No.: 4:04CV3231 |
| Plaintiff,                      ) | |
| ) | |
| v.                              ) | |
| ) | ORDER |
| HAROLD W. CLARKE, ET AL.        ) | |
| ) | |
| Defendants.                     ) | |

This matter came before the Court on the Parties' Joint Stipulation to Extend the Deadlines of the Kosher Diet Negotiations and Motion for Costs and Attorney's Fees (Filing #185). This Court, being fully advised in the premises, finds that this application should be granted.

IT IS HEREBY ORDERED as follows:

1. Defendants shall be granted an additional week to address issues raised by Plaintiff regarding the adequacy of Defendants' plan to provide a kosher diet to Plaintiff. In order to facilitate this:

   1. Mr. El-Tabech's counsel will draft a report detailing specific areas where Mr. El-Tabech believes the proposal is insufficient. This report will be provided to Defendants' counsel on Friday, September 14, 2007.

   2. Using the Defendants' proposal and taking the report of Mr. El-Tabech's concerns into consideration, the Religious Coordinator at TSCI, Mr. Joseph Baldassano, will develop a step-by-step protocol detailing the food to be provided and the procedures that will be used to ensure that the food remains kosher during preparation and service. Defendants' counsel will submit this protocol to Mr. El-Tabech and counsel by end of business on Wednesday, September 19, 2007.

   3. Mr. El-Tabech and his counsel will review the new protocol and report back to

               Defendants by end of business Thursday, September 20, 2007.

4.     Defendants will address Mr. El-Tabech's further concerns, if any, and finalize the protocols on Friday, September 21, 2007, such that Mr. El-Tabech and counsel will have the opportunity to review the protocol by end of business that same day.

5.     Should the finalized protocols be acceptable to Mr. El-Tabech, the parties will stipulate to the adequacy of the kosher diet protocols and report such to the Court on Friday, September 21, 2007.

6.     If Mr. El-Tabech does not believe the finalized protocols are acceptable, counsel will file a Motion for Further Direction with the Court on Friday, September 21, 2007, requesting the Court's assistance in reaching an agreement or finding an alternative solution.

2.     In light of this one-week extension to reach a mutual agreement, the deadline for Mr. El-Tabech's motion for attorney's fees and costs will be extended until fourteen days following the conclusion of negotiations, such conclusion being either by stipulation or by order if this Court.

Dated this 14th day of September, 2007.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    District Court Judge