IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAROLD W. CLARKE, ET AL. )<br>)<br>Defendants. )<br>)<br>) | Case No.: 4:04CV3231<br><br><br>**ORDER** |

This matter came before the Court on the Parties' Joint Motion to Extend the Date for Filing Motion for Costs and Attorney's Fees (Filing # 188).  This Court, being fully advised in the premises, finds that this motion should be granted.

IT IS HEREBY ORDERED that the deadline for Plaintiff to file his Motion for Attorneys Fees and Costs is extended from October 5, 2007, to and including December 5, 2007.   This extension will allow the parties sufficient time to attempt to reach an agreement on attorneys' fees and costs and, should negotiations fail, for the parties to secure the necessary expert opinions in support of or in opposition to the Motion for Attorney's Fees.

Dated this 5th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge