IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH, ) | |
| ) | Case No.: 4:04CV3231 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| HAROLD W. CLARKE, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

This matter came before the Court on the Plaintiff's Motion for Attorney's Fees and Costs and Extension of Date to File Brief and Index of Evidence in Support of Motion for Attorney's Fees and Costs.  (Filing # 191).  This Court, being fully advised in the premises, finds that this motion should be granted.

IT IS HEREBY ORDERED that Plaintiff shall file a brief and evidence in support of Motion for Attorney's Fees and Costs on or before December 14, 2007.

Dated this 5th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge