IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MOHAMED A. EL-TABECH, )
)   Case No.: 4:04CV3231
      Plaintiff, )
)
v. )
)   ORDER
HAROLD W. CLARKE, ET AL. )
)
      Defendants. )

    This matter is before the court on defendants' motion to request extension of time to file response to plaintiff's motion for attorney fees. Filing No. 195. On December 5, 2007, plaintiff filed a motion for attorney fees. Filing No. 191. This court granted plaintiff time to file a brief and index until December 14, 2007. Filing No. 192. On December 14, 2007, plaintiff filed his index and brief. Filing Nos. 193 and 194. Defendants have now filed a motion to extend time to respond to plaintiff's motion and brief. Filing No. 195. After reviewing the record, the court finds the motion should be granted.

    THEREFORE, IT IS ORDERED that defendants' motion for extension of time, Filing No. 195, is granted. Defendants shall have until January 31, 2008, to file their brief and index in opposition to plaintiff's motion for fees and costs, Filing No. 191.

    Dated this 3rd day of January, 2008.

                                      BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      District Court Judge