IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHAMED A. EL-TABECH, | ) | |
| | ) | Case No.: 4:04CV3231 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HAROLD W. CLARKE, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter came before the Court on the Defendant's Motion for Extension of Time to
File Response to Plaintiff's Motion for Attorney's Fees.  (Filing # 197).  This Court, being fully
advised in the premises, finds that this motion should be granted.

IT IS HEREBY ORDERED that Plaintiff shall file a response to Plaintiff's Motion for
Attorney's Fees and Costs and Extension of Date to File Brief and Index of Evidence in Support
of Motion for Attorney's Fees and Costs (Filing # 191) on or before February 8, 2008.

Dated this 1st day of February, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Hon. Joseph F. Bataillon
Chief United States District Judge