IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH, ) | |
| ) | Case No.: 4:04CV3231 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| HAROLD W. CLARKE, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter came before the Court on Plaintiff's Unopposed Motion to Extend Time to File Reply Brief and Index of Evidence in Support of Motion for Contempt (Filing No. 219, Oct. 31, 2008). This Court, being fully advised in the premises, finds that this motion should be granted.

IT IS HEREBY ORDERED as follows:

1. Plaintiff shall file Reply Brief and Index of Evidence in Support of Motion for Contempt on or before November 7, 2008.

Dated this 31st day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Hon. Joseph F. Bataillon
Chief United States District Judge