IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH, ) | |
| ) | Case No.: 4:04CV3231 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| HAROLD W. CLARKE, ET AL. ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Assistant Attorney General Matthew A. Works's motion to withdraw as counsel, Filing No. 241. Assistant Attorney General Ryan C. Gilbride has entered an appearance. Accordingly,

IT IS ORDERED that Assistant Attorney General Matthew A. Works's motion to withdraw as counsel (Filing No. 241) is granted.

DATED this 2nd day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge