IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHAMED A. EL-TABECH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3231 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD CLARKE, in his individual and official capacity, MIKE KENNEY, in his individual and official capacity, FRANCIS BRITTEN, in his individual and official capacity, RANDY COLE, in his individual and official capacity, DOUGLAS SELL, in his individual and official capacity, MARY CARMICHAEL, in her individual and official capacity, and ROBERT HOUSTON, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

   This matter is before the court after a telephonic scheduling conference with the parties after remand from the Eighth Circuit Court of Appeals. *See* Filing No. 264, Mandate/Judgment. The court is advised that the defendants have paid the attorney fees ordered in connection with the underlying claim. See Filing No. 204, Judgment. The only remaining issue for resolution is the Eighth Circuit Court of Appeals' remand of the supplemental fee award. Filing No. 244. For clarity of the record, the court finds the plaintiff should file a satisfaction of judgment with respect to the earlier award of fees. Accordingly,

   IT IS ORDERED:

   1.   Plaintiff shall submit a fee application for the contested supplemental attorney fees on or before **December 6, 2010.**

   2.   Defendants shall respond thereto by **December 20, 2010.**

   3.   Plaintiff shall file a satisfaction of judgment (Filing No. 204) on or before **November 17, 2010.**

   DATED this 4th day of November, 2010.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              Chief United States District Judge